RECEIVED
2014
EDNY PRO SE OFFICE

CLERK OF U.S. DISTRICT COURT. EDNY
100, FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, STATE OF NEW YORK.

Direct Respond to
UCC 1-207/1-308, UCC 1-103
Sabas Martinez #308488
C/O
110-center Drive.
Riverhead, state of New York [11901].

ATTEN: HON: JUDGE, JOSEPH F. BIANCO

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2014 ★
LONG ISLAND OFFICE

LETTER/PETITION IN SUPPORT OF
CIVIL CASES.
RE: CV-13-1319-(JFB)(AKT)
RE: CV-12-2743-(JFB)(AKT)

Dear. Judge Joseph F. Bianco. The reason I'm writing you is because As I am the same person with mental issues/desabilities is to let you know that the staff At SCCF. They keep threatenend me, retaliating against me, Interfarence with my mail, Torture me, punish me, & doing unlawfull acts, unlawfull Attacks, etc, etc. Acting as an officials capacity Abusing of their Authority And Power. Judge I have Proof, the no one, of this C-O's/Public servants At. SCCF. have a delegation of Authority to threatenend me, Hurt me Injury me, Kill me, Menacing me. And/or Destroy legal papers, propert And/or Abuse of their Authority & Power, etc. Against me.

I'm been Requesting to Internal Affairs, Federal Building FBI. To pleas move me, out outhere of this Suffolk County Jail custody. And none of My Requesteds, have come to Fruition At All. Now I am Requesting you Help please to help me, move outhere of the SCCF. For security reason under Federal custody. Because Enough is Enough. Judge please Honored. My petition/Request. Thank you For your Attention in This Matter.

DATED: 07/27/2014.

Sincerely truly
Without prejudice UCC 1-207/1-308, 1-1
/S/ By: Sabas Martinez
Sabas Martinez a Freeman inpropia per

CC: NYS: COMMISSION ON CORRECTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2014 ★
LONG ISLAND OFFICE

FILED:

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY (11901.)

NAME: Sabas Martinez #308488

FIRST CLASS U-S. DELIVERY.

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 29 2014 ★

LONG ISLAND OFFICE

TO: CLERK OF U.S. DISTRICT COURT - EDNY
100, FEDERAL PLAZA.
P.O. BOX 9014.
CENTRAL ISLIP, STATE OF NEW YORK.
(11722-9014.)
ATTENTION, HON. JUDGE JOSEPH F. BIANCO.

1172289024

DATED: 07/27/2014.